_____ FILED   _____ LODGED
_____ RECEIVED _____ COPY

MAY 2 0 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

**Martha Shmatko a.k.a. Marti Shmatko**
8612 W Paradise Ln
Peoria, AZ 85382
Phone: (623) 977-3570
Plaintiff Pro Per

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

CV-14-1076-PHX-DGC

| | |
|---|---|
| Martha Shmatko a.k.a. Marti Shmatko, an individual,<br>Plaintiff,<br>v.<br>Arizona CVS Stores LLC,<br>Dr. Otto Uhrik, Clinic for Pain Relief,<br>Dr. Linda Nelson M.D., Boston IVF -<br>The Arizona Center, Dr. Ramit Kahlon,<br>JOHN AND JANE DOES 1 THROUGH 10,<br>JOHN DOE CORPORATIONS 1 THROUGH 10, and<br>OTHER JOHN DOE ENTITIES 1 THROUGH 10,<br>all whose true names are unknown,<br>Defendants. | Case No.<br><br>**COMPLAINT** |

For her Complaint, plaintiff Martha Shmatko, a.k.a. Marti Shmatko alleges as under:

## JURISDICTION

1. This Court has jurisdiction over this action pursuant to **28 U.S.C. § 1331 (federal question)** and **28 U.S.C. § 1332** (diversity of citizenship; amount in controversy; costs); because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## VENUE

2. Venue in this District is proper under **28 U.S.C. § 1391** because a substantial part of the events

giving rise to this Complaint occurred in this District as plaintiff's deceased daughter, the

defendants and plaintiff have all resided and were domiciled in this District at all relevant times.

## PARTIES

3. The plaintiff Martha Shmatko a.k.a. Marti Shmatko is residing at:

8612 W Paradise Ln
Peoria, AZ 85382.

4. The address of the defendant Arizona CVS Stores, LLC is as under:

9856 W. Peoria Ave.
Peoria, AZ 85345

5. The address of defendant Dr. Otto Uhrik is as given below:

10228 W Coggins Drive, Suite 1
Sun City, AZ 85351

6. The address of defendant Clinic for Pain Relief is as under:

10228 W Coggins Drive, Suite 1
Sun City, AZ 85351

7. The address of defendant Dr. Linda Nelson M.D. is as given below:

8901 E. Mountain View Road
Scottsdale, AZ 85258

8. The address of defendant Boston IVF – The Arizona Center is as under:

8901 E. Mountain View Road
Scottsdale, AZ 85258

9. The address of Dr. Ramit Kahlon is as given below:

13921 W Grand Ave, Suite 502
Surprise, AZ 85374

10. Upon information and belief, defendants John and Jane Does 1 through 10 (the "individual

defendants") are individuals whose names and addresses of residences are unknown.

11. Upon information and belief, defendants John Doe Corporations 1 through 10 (the "Corporate Defendants") are corporations, the names and addresses of residences of which are unknown.

12. Upon information and belief, defendants other John Doe Entities 1 through 10 (the "Other Entity Defendants") are other legal entities, the names and addresses of residences of which are unknown.

## FACTS OF THE CASE

### A. Brief Patient Medical Symptoms and Issues

13. **History:**

Dusti Jo Smith was the daughter of the plaintiff Martha Shmatko a.k.a. Marti Shmatko. She was a 35 y/o female with a history of lower back and bilateral leg pain mainly left, rating the pain 10 over 10. The pain started around February 2011 with a gradual increase. The pain was described with sensory affective and behavioral terms, worsening with walking and improving with heat.

14. **Social History:**

Dusti Jo Smith was a cigarette smoker, non-drinker, truck driver who stopped working from 2009 due to lower back pain. She lived with her 14 year old son.

15. **Diagnosis:**

Dusti Jo Smith suffered from degenerative disc disease lumbar spine Radiculopathy C/spine and L/spine. She also suffered from depression. Further, she tripped over a fish tank and fell against a car, twisting her back. Also, she had major oral surgery. Due to the pain of surgery, Dusti Jo Smith admitted to take more than normal dose of medicine to get relief from the pain. After this,

her dosage of Fentanyl 25mcg was increased to 50 mcg and she was given one extra on May 03, 2012. Instructions were given to refill both early.

### B. Brief Overview of Medication Provided

16. It is stated in the Prescription Slip dated May 03, 2012 as follows:

*"Since re-injuring her back her fentanyl 25 mcg is not relieving the pain like before. Will increase dose to 50 mcg and give one extra in case she loses one in the pool and "she sweats a lot" causing the patches to fall off."*

It can be seen that her medication was increased from Fentanyl 25 mcg to 50 mcg and one extra patch was also prescribed.

17. It is stated in **City of Peoria Incident Report** as follows:

*"On 10/11/12, I received a copy of a report from the Maricopa County Forensic Sciences Office on this case. I learned that Doctor Lyon conducted an autopsy examination of the decedent and that the cause of death was intoxication by opioid"*

It can be seen that as per autopsy examination report the cause of death was intoxication by opioid. It was the prescribed medication which was responsible for the death of Dusti Jo Smith.

Further, it is stated *in **http://www.duragesic.com/*** as follows:

*"Through its innovative patch technology, DURAGESIC® delivers fentanyl, **an opioid pain medication**"*

This clearly shows that Fentanyl is an opioid pain medication.

### C. Failure to Provide Information by CVS Pharmacy

18. Despite repeated requests by mail/fax/telephone for the following information pertaining to the prescription and pharmacy supplies made to Dusti Jo Smith by CVS Pharmacy the same has not been supplied:

a) Name of Manufacturer.

b) Lot No.

c) Date of manufacture.

d) Date of expiry.

19. A Demand Notice was sent to defendants.

## <u>COUNT I - MEDICAL NEGLIGENCE / MEDICAL MALPRACTICE</u>

20. The plaintiff Martha Shmatko a.k.a. Marti Shmatko incorporates by reference each and every allegation contained in this Complaint as if fully set forth herein.

21. It is stated in **Peoria Police Department Supplemental Death Investigation Report** as follows:

*"On 10/11/12, I received a copy of a report from the Maricopa County Forensic Sciences Office on this case. I learned that Doctor Lyon conducted an autopsy examination of the decedent and that the cause of death was intoxication by opioid and the manner of death was determined to be accident."*
It is stated in the Prescription Slip of defendant Dr. Otto Uhrik, Clinic for Pain Relief dated May 03, 2012 as follows:

*"Since re-injuring her back her fentanyl 25 mcg is not relieving the pain like before. Will increase dose to 50 mcg and give one extra"*
It is further stated in the Medical Report dated May 03, 2012 as follows:

*"Due to the pain of surgery, she admits to taking more than normal."*

It can be seen that dosage was increased and one extra patch was also provided with full knowledge that the patient was used to taking more than normal dosage of the prescribed medicine while under pain and further that the patient was suffering from depression. The act of the medical team in providing extra patch and increasing dosage of medicine makes the team liable in this matter.

22. In this regard, it is stated at
*http://www.nlm.nih.gov/medlineplus/druginfo/meds/a601202.html* as follows:

*"Fentanyl skin patches can be habit-forming. Tell your doctor if you or anyone in your family drink or have ever drunk large amounts of alcohol; **have overused prescription medications;** have used street drugs; or **have or have ever had depression or mental illness.**"*

The patient Dusti Jo Smith had clearly informed the medical team that while under pain she had overused prescription medications and was suffering from depression. Dusti Jo Smith died on 07/05/2012 as a result of negligence / medical malpractice. The loss of Dusti Jo Smith has caused pain and mental suffering in the mind of her family members and especially her minor son.

## COUNT II – STRICT PRODUCT LIABILITY

23. The plaintiff Martha Shmatko a.k.a. Marti Shmatko incorporates by reference each and every allegation contained in this Complaint as if fully set forth herein.

24. The defendants were engaged in the business of designing, manufacturing, assembling, selling, marketing, prescribing and/or supplying the Fentanyl Patch. The Fentanyl Patches were in a defective condition at the time they were designed, manufactured, sold, prescribed and/or marketed by the defendants as they could drop off and thereby presented an unreasonable risk of injury to the deceased patient Dusti Jo Smith because of the nature of the ingredients and natural characteristics of the Fentanyl Patch and was a proximate cause of her death.

## COUNT III - BREACH OF WARRANTY

25. The plaintiff Martha Shmatko a.k.a. Marti Shmatko incorporates by reference each and every allegation contained in this Complaint as if fully set forth herein.

26. Defendants, through description, affirmation of fact, and promise expressly warranted to the FDA and the general public, including the patient Dusti Jo Smith that the Fentanyl Patch was safe for the intended use. However, it was the proximate cause of her death.

6

## PRAYER

**WHEREFORE,** the plaintiff Martha Shmatko a.k.a. Marti Shmatko prays to this Court for the following relief:

1. Compensation for death of Dusti Jo Smith be awarded to her family.

2. Such other relief to be provided to the family of Dusti Jo Smith as this Court may deem just.

Respectfully submitted this 20th day of May, 2014.

**Martha Shmatko a.k.a. Marti Shmatko**
8612 W Paradise Ln
Peoria, AZ 85382
Phone: (623) 977-3570
Plaintiff Pro Per